

**Court of Appeals**

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

February 23, 2015

Joel Cook
LAW OFFICES OF WM EVERETT
SEYMORE
810 Main St.
Lubbock, TX 79401
* DELIVERED VIA E-MAIL *

Jeffrey S. Ford
Assistant Criminal District Attorney
P.O. Box 10536
Lubbock, TX 79408
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-14-00369-CR, 07-14-00370-CR
Trial Court Case Number: 2013-400,580, 2013-400,581

**Style:** Zavier Allen v. The State of Texas

Dear Counsel:

The following has been filed in the captioned appeal:

Supplemental Reporter's Record (1 volume)

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc: Honorable Bradley S. Underwood (DELIVERED VIA E-MAIL)
Janette Bills (DELIVERED VIA E-MAIL)